UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEMINI PROPERTY VENTURES,
LLC, a Florida Limited Liability
Company,

        Plaintiff,

Case No. 8:05-CV-2063-T-24MSS

v.

HILLSBOROUGH COUNTY, FLORIDA,
a political subdivision of the State of Florida,

        Defendant.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's Motion for Temporary Restraining Order or Alternative Motion for Preliminary Injunction. (Doc. No. 3). The Court has reviewed the motion, memorandum, complaint, and accompanying documents. Upon consideration, the Court finds that a temporary restraining order should not be granted, since Plaintiff has not shown that it is entitled to such relief before Defendant can be heard in opposition.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)    Plaintiff's Motion for Temporary Restraining Order (Doc. No. 3-1) is **DENIED**; and

(2)    Plaintiff's Motion for Preliminary Injunction (Doc. No. 3-2) is **REFERRED** to the Honorable Mary S. Scriven, who shall submit a report and recommendation as to the appropriate disposition of the motion.

**DONE AND ORDERED** at Tampa, Florida, this 14th day of November, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
The Honorable Mary S. Scriven