UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEMINI PROPERTY VENTURES, LLC,

Plaintiff,

vs.                                                              Case No. 8:05-cv-2063-T-24MSS

HILLSBOROUGH COUNTY,

Defendant.
_____/

## ORDER

This cause comes on for consideration *sua sponte*. Plaintiff has filed a Verified Complaint for Declaratory and Injunctive Relief (Dkt. 1) and a Motion for Temporary Restraining Order or Alternative Motion for Preliminary Injunction (Dkt. 5). The Court has been advised that Defendant has been served. Plaintiff is thereby ordered to file a proof of service with the Court. Defendant is ordered to file a response to Plaintiff's Motion for Temporary Restraining Order or Alternative Motion for Preliminary Injunction (Dkt. 5) on or before **November 30, 2005.** As Defendant has not filed a Notice of Appearance, Plaintiff is ordered immediately to serve a copy of this Order on Defendant.

Further, the Court will hold an evidentiary hearing on Plaintiff's Motion (Dkt. 5) on **Thursday, December 15, 2005, at 9:00 a.m.** in Courtroom 10A, Sam M. Gibbons United States Courthouse, 801 North Florida Avenue, Tampa, Florida. The parties are directed to exchange witness lists on or before **December 5, 2005,** and to submit any materials, beyond the motion and

response, that they wish for the Court to consider at the hearing on or before 4:00 p.m. on December 8, 2005.

The parties are advised that photographic identification is required for entry into the Courthouse. The parties are further advised that eligible attorneys only may store cellular phones in lockers provided at the security station. All other cellular phones and electronic equipment are prohibited.

**DONE AND ORDERED** in Tampa, Florida on this __16th__ day of November, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of Record